IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-13-407 |
| | * | |
| MICHAEL ROBERTS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM AND ORDER**

Now pending is Michael Roberts's request for appointment of counsel to assist him in filing a motion for compassionate release (ECF 300).

The court may consider a defendant's compassionate release motion only "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]" 18 U.S.C. § 3582(c)(1)(A). Roberts has provided the court with documentation that he has exhausted these administrative remedies. As contemplated by 18 U.S.C. § 3582(c)(1)(A), Roberts may file a motion for compassionate release, explaining the circumstances he believes make him eligible for compassionate release. The court will then consider whether to appoint counsel in connection with that motion.

Accordingly, Roberts's request for appointment of counsel (ECF 300) is DENIED WITHOUT PREJUDICE.

So Ordered this __7th__ day of October, 2020.

                                             _____/S/_____
                                             Catherine C. Blake
                                             United States District Judge